BLAINE T. HOFELING, Bar No. 6403
BLAINE T. HOFELING, P.C.
Attorney for Defendants
1760 N. Main, Suite 220
Cedar City, Utah 84721
Telephone: (435) 867-4001

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB -7 PM 12: 20

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| In re: WESTERN UTAH COPPER COMPANY, et al.,<br><br>Debtors and Debtors in Possession.<br><br>WESTERN UTAH COPPER COMPANY, and COPPER KING MINING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS ACCOUNTING GROUP, P.C.,, A UTAH ENTITY, and EDWIN REESE DAVIS, AN INDIVIDUAL,<br><br>Defendants. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-2856-WT ~~10-30002~~ WTT)<br><br>Honorable William T. Thurman<br><br>NOTICE OF WITHDRAWAL AS COUNSEL |
|---|---|

COMES NOW Blaine T. Hofeling, and the law firm of Blaine T. Hofeling, P.C., and hereby withdraws as counsel for Defendants in the above-captioned matter. All further correspondence and communication should be sent directly to Defendants at 169 W. 2710 S. Cir, Suite 201, St. George, Utah 84790, 337 S. Main, Suite 116, Cedar City, Utah 84720.

DATED this \_\_3\_\_ day of February, 2011.

                                             BLAINE T. HOFELING, P.C.

                                             BLAINE T. HOFELING
                                             *Attorney for Defendants*

## CERTIFICATE OF MAILING

I hereby certify that I caused to be mailed a full, true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** to the following by first class mail postage prepaid on this 3 day of February, 2011:

Ted Davis
169 W. 2710 S. Cir, Suite 201,
St. George, Utah 84790

or
337 S. Main, Suite 116,
Cedar City, Utah 84720.

David B. Golubehik
10250 Constellation Boulevard
Ste 1700
Los Angeles, CA 90067

_____
*Legal Assistant*